DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MCMAHAN, JAMES LEE SR

MCMAHAN, ELIZBETH LOUISE

          Debtor(s)

Chapter 13
Case No. 09-6-0542 RLE

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting Date: January 20, 2010 @ 2:30 p.m.
Pre-Hearing Conference Date: March 18, 2010
Pre-Hearing Conference Time: 2:00 pm
Place: 280 S. 1st Street
      San Jose, CA Room 3099
Judge: Roger L. Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Plan appears to be in violation of 11 U.S.C. §1325(a)(5). Wells Fargo Bank has filed a secured claim in the amount of $1,701.58 for a 2002 Dodge Durango. Neither the vehicle, nor the debt, have been provided for on the debtors' schedules. An Amended Plan and Schedules B and D must be filed to provide for and list this vehicle.

//

//

Trustee's Obj to Confirmation 09-6-0542 rle

1

2. The Plan appears to be in violation of 11 U.S.C. §1325(a)(5). The debtors have provided for Montgomery Wards in Section 2(b) of the Plan with adequate protection payments of $10.44, but have failed to provide a value. An Amended Plan must be filed and served on the affected creditor(s).

3. Pursuant to 11 U.S.C. §521(a)(1)(B)(iv), the debtors have failed to provide the Trustee with copies of their payment advices for the 60 days preceding the filing of the petition. If the debtors cannot provide said payment advices, a declaration signed by the debtors under penalty of perjury must be provided explaining why said payment advices are not available.

4. The debtors have failed to comply with 11 U.S.C. §521(e)(2)(A)(i) and (B), in that they have not provided the Trustee with a copy of their 2008 Federal income tax return.

Dated: January 14, 2010                    /S/ Devin Derham-Burk

                                            Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 14, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| James Lee McMahan Sr<br>Elizabeth Louise McMahan<br>767 Linda Flora St<br>San Jose, CA  95127 | The Griffin Law Firm<br>980 9th St 16th Fl<br>Sacramento, CA  95814 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 09-6-0542 rle

3